UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA KING,

    Plaintiff,

v.

MEIJER GREAT LAKES LIMITED
PARTNERSHIP and AUSTIN MATHIS,

    Defendants.

Case No. 1:20-cv-01061

Hon. Hala Y. Jarbou

## [PROPOSED] STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their counsel, hereby stipulate and agree that the Complaint filed by Plaintiff against Defendants be dismissed with prejudice, with each party responsible for its own costs and attorney fees;

**IT IS ORDERED** that the above-captioned matter is dismissed with prejudice and without costs, interest, or attorney fees to any party.

IT IS SO ORDERED.

Date: _____, 2021

_____
United States District Judge

Stipulations:

By:*/s/ Fabiola A. Galguera (with consent)*
Fabiola A. Galguera (P84212)
NachtLaw
101 N. Main St., Suite 555
Ann Arbor, MI 48104
(734) 663-7550
fgalguera@nachtlaw.com

*Attorney for Plaintiff*

By:*/s/ Elisa J. Lintemuth*
Elisa J. Lintemuth (P74498)
Meijer Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI  49544
(616) 735-8206
elisa.lintemuth@meijer.com

*Attorney for Meijer Great Lakes Limited Partnership*

By:*/s/ Tessa K. Muir (with consent)*
Tessa K. Muir (P79845)
Springstead Bartish Borgula & Lynch, PLLC
60 Monroe Center St., NW, Suite 500
Grand Rapids, MI  49503
(616) 458-550
tessa@sbbllaw.com

*Attorney for Austin Mathis*